ANDREW P. GORDON, ESQ.
Nevada Bar No. 3421
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
agordon@mcdonaldcarano.com
Phone: (702) 873-4100
*Attorneys for Plaintiff Samuel P. Fleming*

McDONALD·CARANO·WILSON LLP
2300 WEST SAHARA AVENUE • SUITE 1000 • LAS VEGAS, NEVADA 89102-4354
PHONE (702) 873-4100 • FAX (702) 873-9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL P. FLEMING,<br>Plaintiff,<br>vs.<br>FISHER TECHNICAL SERVICES, INC.; FISHER TECHNICAL SERVICES, LLC d/b/a/ FISHER TECHNICAL SERVICES; TAIT TOWERS, INC.; SCOTT FISHER; JAMES FAIRORTH; ADAM DAVIS; MICHAEL TAIT; DAVID G. STIEBER;<br>Defendants. | CASE NO.: 2:11-cv-00499-GMN-LRL<br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiff voluntarily dismisses this lawsuit without prejudice against refiling.

RESPECTFULLY SUBMITTED this 10th day of November, 2011.

McDONALD CARANO WILSON LLP

By: */s/ Andrew P. Gordon*
Andrew P. Gordon, Esq. (#3421)
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
*Attorneys for Plaintiff, Samuel P. Fleming*

232317

McDONALD·CARANO·WILSON LLP
2300 WEST SAHARA AVENUE • SUITE 1000 • LAS VEGAS, NEVADA 89102-4354
PHONE (702) 873-4100 • FAX (702) 873-9966

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 10th day of November, 2011, I served a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** by emailing and depositing copies of the same in the U.S. Mail, postage prepaid, to the following:

Marek P. Bute, Esq.
Snell & Wilmer LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
mbute@swlaw.com
*Attorneys for Defendants*

*/s/ Cathy Stuchell*
An employee of McDonald Carano Wilson LLP